JUDGE DAVID GUADERRAMA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**



FILED

OCT 0 9 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
　　　　　　　DEPUTY CLERK

| | | |
|---|---|---|
| Hugo Cesar Granados<br>P.O. Box 8000<br>Anthony, NM 88021<br>　Petitioner-Applicant | § § § § § | |
| v. | § § | No. |
| Sandra Hijar, Warden<br>Federal Correctional<br>Institution La Tuna<br>P.O. Box 3000<br>Anthony, NM 88021 | § § § § § § | **EP24CV0374** |

<u>**PETITION FOR WRIT OF HABEAS CORPUS**</u>
<u>**PURSUANT TO 28 U.S.C. §2241**</u>

Comes Now Hugo Cesar Granados, Petitioner-Applicant (herein after Petitioner) Pro Se, and pursuant to 28 U.S.C. §2241, applies to this Honorable Court for a writ of Habeas Corpus, and in support will show the following:

1.  Petitioner is presently unlawfully restrained and in the custody of the Federal Bureau of Prisons and is confined in violation of the Constitution and laws of the United States, 28 U.S.C. §2241(c)(3).

2.  Petitioner **is not** attacking a conviction or the manner in which the sentence is carried out, or the prison authorities' determination of its duration.  Petitioner is not eligible for relief under 28 U.S.C. §2255 (motion to vacate, modify or reduce sentence), or 28 U.S.C. §2255(e) "savings clause", or Rule 60(b)(1) of the Federal Rules of Civil Procedure.  Petitioner is precluded from filing a 28 U.S.C. §2255 motion, 28 U.S.C. §2255(e), or Rule 60(b)(1), due to the district and appellate courts' lack of jurisdiction.  Thus, the only remedy available for an expeditious

remedy to a claim of custody in violation of the Constitution or laws of the United States is a writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

## INTRODUCTION

3.   The Petitioner is in custody and unlawful imprisonment and restrained of his liberty in violation of the Constitution and laws of the United States.

4.   Petitioner is unlawfully restrained at the Federal Correctional Institution La Tuna by virtue of a judgment and sentence of 168 months, pronounced by the Honorable James Wesley Hendrix, United States District Judge for the Northern District of Texas, San Angelo Division on November 29, 2022.

5.   Petitioner's unlawful conviction was for 18 U.S.C. §371, Conspiracy to Defraud the United States, and three counts of Aiding and Assisting in the Preparation and Presentation of False Documents.  26 U.S.C. §7206(2).

6.   Petitioner is imprisoned pursuant to an illegal and void judgment due to the government's willfull and deliberate violations of Petitioner's Constitutional rights, not limited to, but including the following:

(a)   having no probable cause, investigated and engaged in slanderous activity to punish the petitioner for exercising his Constitutional rights, depriving Petitioner of his liberty and freedom in order to conceal and prevent the revelation of its criminal activity as well as the violation of the Constitutional rights of taxpayers. Petitioner was a named Plaintiff in Trevino v USA, 2021 which was pending at the time of indictment;

(b)   providing false, perjured, and suborned perjury at the grand jury, indictment and trial, in order to convict Petitioner and deprive him of his liberty and freedom,

in order for the government to conceal and prevent the revelation of the government's criminal activity and the violations of the Constitutional rights of Petitioner and taxpayers;

(c) having no standing due to the lack of an offense to the laws of the United States, the government proceeded and introduced false and perjured testimony in order to conceal and punish the Petitioner for his lawful and legal activity and for exercising a Constitutional right, within the Western District of Texas.

7.  In support of Petitioner's claims, the following exhibits are being provided:

(a) approved and signed Schedule Cs by both taxpayers for whom the government claims the Petitioner inflated the expenses, per diem, and attached false Schedule Cs with false businesses, false expenses, and per diem, all without the knowledge and consent of the taxpayers;

(b) transcript pages of both taxpayrs' testimony as to their signatures on the Schedule Cs as well as their approval of the expenses listed on the Schedule C, and which are attached to their returns that were signed under penalty of perjury;

(c) copies of mandamus petition to the Supreme Court of the United States requesting that the 5th Circuit Court of Appeals be commanded to Issue a Jurisdictional Check as required by law and Supreme Court precedent.

8.  Without a doubt, the exhibits demonstrate Petitioner's innocence and further shows that he has been improperly and illegally convicted, as well as being illegally held and imprisoned against his Constitutional rights under the 1st, 5th, and 14th Amendments, and the right to his freedom and liberty under our United States Constitution.

9.  The Constitutional right that Petitioner, through his employment, was the intent of the firm to prevent the abuses of the government in the adjudication of tax returns of the firm's clients and other taxpayers, which consisted of complaints and

requesting relief through federal legal actions and administrative complaints..

10.  The exhibits further demonstrate that there was no offense to the laws of the United States, and therefore, no jurisdiction under 18 U.S.C. §3231 was conferred to the district or appellate court.

11.  Petitioner should not be subject to continued punishment by retained counsel's failure to request dismissal or raising the jurisdiction claims on appeal.

### PURPOSE OF 28 U.S.C. §2241

28 U.S.C. §2241, habeas corpus is a Constitutional right under Art. I Sec. 9, cl 2, and the fundamental instrument for safeguarding individual freedom against arbitrary and lawless government action.  Habeas Corpus is a remedy to a claim of "custody in violation of the Constitution or laws of the United States." 28 U.S. §2241(c)(3).  "Where rights are secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda v Arizona, 384 U.S. 436 (1966).

Proceedings to enforce a civil right, as in this case, is a civil proceeding, and prceedings for the punishment of crimes are criminal proceedings.  Ex Parte: Tom Tong, 108 U.S. 556 (1883).  When there is a criminal prosecution against one, a writ of habeas corpus inquires into the legality of his detention, not his conviction or sentence, and is not a proceeding in a prosecution, but a new suit to enforce a civil right.  Tong id.  Thus, when a Petitioner claims that the Constitution gives him

the right to his liberty, not withstanding the charge that has been made against him, and he has seeked judicial process to enforce that right, the proceedings on his part are civil proceedings, not withstanding his object is, by means of it, to get released from custody under a criminal prosecution. Tong id.

Since the inception of the Constitution, the Supreme Court and the Framers have recognized the concept of jurisdictional defects to include sentences imposed without statutory authorization. Ex parte Lange, 18 Wall. 163, 176, 21 L.Ed 872 (1874). In 1867 Congress enacted a statute providing that federal courts "shall have power to grant writs of habeas corpus in all cases where any person may be restrained of his/her liberty in violation of the Constitution, or of any treaty of law of the United States. Act of Feb 5, 1867, ch 28. §1 14 Stat. 385.

Habeas Corpus is an expeditious remedy to a claim of "custody in violation of the Constitution or laws of the United States," (3 to no more than 20 days) 28 U.S.C. §2243.

## CONCLUSION

Petitioner hereby requests this Honorable Court to award the writ or issue an order directing the respondent to show cause why the writ should not be granted.

September 11, 2024.                    Respectfully,

Hugo C. Granados
FCI La Tuna
P.O. Box 8000
Anthony, NM 88021

ATTACHMENT A: PG 1 OF 6

Form **8879**

Department of the Treasury
Internal Revenue Service

## IRS e-*file* Signature Authorization

OMB No. 1545-0074

**2016**

▶ Don't send to the IRS. This isn't a tax return.
▶ Keep this form for your records.
▶ Information about Form 8879 and its instructions is at *www.irs.gov/form8879*.

Submission Identification Number (SID) ▶ | 00756068    4

| Taxpayer's name | Social security number |
|---|---|
| ARMANDO REYES | |
| Spouse's name | Spouse's social security number |
| OLIVA O REYES | |

### Part I — Tax Return Information — Tax Year Ending December 31, 2016 (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4; Form 1040NR, line 37) | 1 | 48,086. |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 39; Form 1040EZ, line 12; Form 1040NR, line 61) | 2 | |
| 3 | Federal income tax withheld from Forms W-2 and 1099 (Form 1040, line 64; Form 1040A, line 40; Form 1040EZ, line 7; Form 1040NR, line 62a) | 3 | 5,142. |
| 4 | Refund (Form 1040, line 76a; Form 1040A, line 48a; Form 1040EZ, line 13a; Form 1040-SS, Part I, line 13a; Form 1040NR, line 73a) | 4 | 7,763. |
| 5 | Amount you owe (Form 1040, line 78; Form 1040A, line 50; Form 1040EZ, line 14; Form 1040NR, line 75) | 5 | |

### Part II    Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2016, and to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize COLUMBIA TAX SERVICE to enter or generate my PIN | 09491
　　　　　　　　　　　　　　ERO firm name
as my signature on my tax year 2016 electronically filed income tax return.
Enter five digits, but don't enter all zeros

[ ] I will enter my PIN as my signature on my tax year 2016 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ *Armando Reyes Sr*    Date ▶ 02/10/2017

**Spouse's PIN: check one box only**

[X] I authorize COLUMBIA TAX SERVICE to enter or generate my PIN | 09775
　　　　　　　　　　　　　　ERO firm name
as my signature on my tax year 2016 electronically filed income tax return.
Enter five digits, but don't enter all zeros

[ ] I will enter my PIN as my signature on my tax year 2016 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ *Oliva Reyes*    Date ▶ 02/10/2017

### Practitioner PIN Method Returns Only—continue below

### Part III    Certification and Authentication—Practitioner PIN Method Only

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN. | 75606810276
Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2016 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Pub. 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶ *Oliva Reyes*    Date ▶ 02/10/2017

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see your tax return instructions.
BCA

Form **8879** (2016)

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| | | **2016** |
| Department of the Treasury Internal Revenue Service (99) | ▶ Information about Schedule C and its separate instructions is at *www.irs.gov/schedulec.* ▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | Attachment Sequence No. **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| OLIVA O REYES | |

| A | Principal business or profession, including product or service (see instructions) | | B | Enter code from instructions |
|---|---|---|---|---|
| | CHILD CARE | | ▶ | 624410 |

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN), (see instr.) |
|---|---|---|---|
| | | | |

| E | Business address (including suite or room no.) ▶ |
|---|---|
| | City, town or post office, state, and ZIP code |

| F | Accounting method: | (1) [X] Cash | (2) ☐ Accrual | (3) ☐ Other (specify) ▶ |
|---|---|---|---|---|

| G | Did you "materially participate" in the operation of this business during 2016? If "No," see instructions for limit on losses . . . . | [X] Yes | ☐ No |
|---|---|---|---|
| H | If you started or acquired this business during 2016, check here | ▶ | |
| I | Did you make any payments in 2016 that would require you to file Form(s) 1099? (see instructions) | ☐ Yes | [X] No |
| J | If "Yes," did you or will you file required Forms 1099? | ☐ Yes | ☐ No |

**Part I   Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . ▶ ☐ | 1 | 6,500. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 6,500. |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 6,500. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . ▶ | 7 | 6,500. |

**Part II   Expenses. Enter expenses for business use of your home only on line 30.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | 8 | | 18 | Office expense (see instructions) . | 18 | 1,188. |
| 9 | Car and truck expenses (see instructions) . . . . | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees . . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment . | 20a | |
| 12 | Depletion . . . . | 12 | | b | Other business property . . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . | 13 | 12,418. | 21 | Repairs and maintenance . . . | 21 | 2,408. |
| | | | | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | a | Travel . . . . . . . | 24a | |
| 15 | Insurance (other than health) . | 15 | 1,608. | b | Deductible meals and entertainment (see instructions) . | 24b | |
| 16 | Interest: | | | 25 | Utilities . . . . . . | 25 | 2,952. |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) . | 26 | |
| b | Other . . . . . . | 16b | | 27a | Other expenses (from line 48) . | 27a | 14,968. |
| 17 | Legal and professional services . | 17 | 415. | b | Reserved for future use . . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . . ▶ | 28 | 35,957. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | (29,457.) |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). | | |
| | Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both Form 1040, line 12 (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see instructions) Estates and trusts, enter on Form 1041, line 3. | 31 | (29,457.) |
| | • If a loss, you must go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
| | • If you checked 32a, enter the loss on both Form 1040, line 12, (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on Form 1041, line 3. | 32a [X] All investment is at risk. | |
| | • If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32b ☐ Some investment is not at risk. | |

| | | |
|---|---|---|
| For Paperwork Reduction Act Notice, see the separate instructions. | | Schedule C (Form 1040) 2016 |
| BCA | | |

*[signature]*

**ATTACHMENT A: PG 3 OF 6**

Schedule C (Form 1040) 2016  OLIVA O REYES                                      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           Page 2

| Part III | Cost of Goods Sold (see instructions) |
|---|---|

**33** Method(s) used to value closing inventory:    a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation     ☐ Yes    ☐ No

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| **36** | Purchases less cost of items withdrawn for personal use | 36 | |
| **37** | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| **38** | Materials and supplies | 38 | |
| **39** | Other costs | 39 | |
| **40** | Add lines 35 through 39 | 40 | |
| **41** | Inventory at end of year | 41 | |
| **42** | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | |

| Part IV | Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month, day, year) ▶

**44** Of the total number of miles you drove your vehicle during 2016, enter the number of miles you used your vehicle for:

a Business _____   b Commuting (see instructions) _____   c Other _____

**45** Was your vehicle available for personal use during off-duty hours?    ☐ Yes    ☐ No

**46** Do you (or your spouse) have another vehicle available for personal use?    ☐ Yes    ☐ No

**47 a** Do you have evidence to support your deduction?    ☐ Yes    ☐ No

    **b** If "Yes," is the evidence written?    ☐ Yes    ☐ No

| Part V | Other Expenses. List below business expenses not included on lines 8–26 or line 30. |
|---|---|

| | |
|---|---|
| FUEL | 1,352. |
| KIDS MEALS | 10,411. |
| KIDS SNACKS | 3,205. |
| | |
| | |
| | |
| | |
| | |

| | | |
|---|---|---|
| **48** | Total other expenses. Enter here and on line 27a | 48 | 14,968. |

ATTACHMENT A: PG 4 OF 6

**Form 8879**

Department of the Treasury
Internal Revenue Service

# IRS e-*file* Signature Authorization

▶ Don't send to the IRS. This isn't a tax return.
▶ Keep this form for your records.
▶ Information about Form 8879 and its instructions is at www.irs.gov/form8879.

OMB No. 1545-0074

**2016**

| Submission Identification Number (SID) | 00756068 | 4 |
|---|---|---|

Taxpayer's name
ROLANDO SAN AGUSTIN

Social security number

Spouse's name
CRYSTAL A SAN AGUSTIN

Spouse's social security number

## Part I  Tax Return Information — Tax Year Ending December 31, 2016 (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4; Form 1040NR, line 37) | 1 | |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 39; Form 1040EZ, line 12; Form 1040NR, line 61) | 2 | 34,590. |
| 3 | Federal income tax withheld from Forms W-2 and 1099 (Form 1040, line 64; Form 1040A, line 40; Form 1040EZ, line 7; Form 1040NR, line 62a) | 3 | 9,626. |
| 4 | Refund (Form 1040, line 76a; Form 1040A, line 48a; Form 1040EZ, line 13a; Form 1040-SS, Part I, line 13a; Form 1040NR, line 73a) | 4 | 16,613. |
| 5 | Amount you owe (Form 1040, line 78; Form 1040A, line 50; Form 1040EZ, line 14; Form 1040NR, line 75) | 5 | |

## Part II  Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2016, and to the best of my knowledge and belief, it is true, correct, and accurately lists all amounts and sources of income I received during the tax year. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize  COLUMBIA TAX SERVICE  to enter or generate my PIN  09555
                 ERO firm name                                          Enter five digits, but
as my signature on my tax year 2016 electronically filed income tax return.                     don't enter all zeros

[ ] I will enter my PIN as my signature on my tax year 2016 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶                                    Date ▶ 02/15/2017

**Spouse's PIN: check one box only**

[X] I authorize  COLUMBIA TAX SERVICE  to enter or generate my PIN  03909
                 ERO firm name                                          Enter five digits, but
as my signature on my tax year 2016 electronically filed income tax return.                     don't enter all zeros

[ ] I will enter my PIN as my signature on my tax year 2016 electronically filed income tax return. Check this box only if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ Crystal San Agustin          Date ▶ 02/15/2017

## Practitioner PIN Method Returns Only — continue below

## Part III  Certification and Authentication — Practitioner PIN Method Only

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.   75606810276
                                                                                            Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2016 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Pub. 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶                                    Date ▶ 02/15/2017

**ERO Must Retain This Form — See Instructions
Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see your tax return instructions.                Form **8879** (2016)
BCA

ATTACHMENT A: PG 5 OF 6

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
### (Sole Proprietorship)

Information about Schedule C and its separate instructions is at www.irs.gov/schedulec.
Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2016**

Attachment
Sequence No. **09**

Name of proprietor **CRYSTAL A SAN AGUSTIN**

Social security number (SSN) **446190**

A  Principal business or profession, including product or service (see instructions)
**RETAIL SALES**

B  Enter code from instructions **446190**

C  Business name. If no separate business name, leave blank.

D  Employer ID number (EIN), (see instr.)

E  Business address (including suite or room no.) ►
City, town or post office, state, and ZIP code

F  Accounting method:  (1) [X] Cash   (2) ☐ Accrual   (3) ☐ Other (specify) ►

G  Did you "materially participate" in the operation of this business during 2016? If "No," see instructions for limit on losses . . . . [X] Yes  ☐ No

H  If you started or acquired this business during 2016, check here . . . . ►

I  Did you make any payments in 2016 that would require you to file Form(s) 1099? (see instructions) . . . . ☐ Yes  [X] No

J  If "Yes," did you or will you file required Forms 1099? . . . . ☐ Yes  ☐ No

### Part I   Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . ► ☐ | 1 | 500. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 500. |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 500. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 . . . . ► | 7 | 500. |

### Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising | | 18 | Office expense (see instructions) | 1,836. |
| 9 | Car and truck expenses (see instructions) | | 19 | Pension and profit-sharing plans | |
| 10 | Commissions and fees | | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | | a | Vehicles, machinery, and equipment | |
| 12 | Depletion | | b | Other business property | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 26,867. | 21 | Repairs and maintenance | 6,325. |
| | | | 22 | Supplies (not included in Part III) | 511. |
| | | | 23 | Taxes and licenses | |
| 14 | Employee benefit programs (other than on line 19) | | 24 | Travel, meals, and entertainment: | |
| | | | a | Travel | |
| 15 | Insurance (other than health) | 1,966. | b | Deductible meals and entertainment (see instructions) | |
| 16 | Interest: | | 25 | Utilities | 742. |
| a | Mortgage (paid to banks, etc.) | | 26 | Wages (less employment credits) | |
| b | Other | | 27a | Other expenses (from line 48) | 5,167. |
| 17 | Legal and professional services | 415. | b | Reserved for future use | |

| | | | |
|---|---|---:|---:|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . ► | 28 | 43,829. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | (43,329.) |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). Simplified method filers only: enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | 31 | (43,329.) |
| | • If a profit, enter on both Form 1040, line 12, (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see instructions.) Estates and trusts, enter on Form 1041, line 3. | | |
| | • If a loss, you must go to line 32. | | |

32  If you have a loss, check the box that describes your investment in this activity (see instructions).
• If you checked 32a, enter the loss on both Form 1040, line 12, (or Form 1040NR, line 13) and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198. Your loss may be limited.

32a [X] All investment is at risk.
32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see the separate instructions.

Schedule C (Form 1040) 2016

ATTACHMENT A: PG 6 OF 6

Schedule C (Form 1040) 2016    CRYSTAL A SAN AGUSTIN

**Part III    Cost of Goods Sold (see instructions)**

| | | | | |
|---|---|---|---|---|
| 33 | Method(s) used to value closing inventory: | a ☐ Cost | b ☐ Lower of cost or market | c ☐ Other (attach explanation) |

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . . . | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . . . | 37 | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 | |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . | 42 | |

**Part IV    Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year) ▶ _ _ _ _ _ _ _ _ _ _ _ _

44  Of the total number of miles you drove your vehicle during 2016, enter the number of miles you used your vehicle for:

a  Business _ _ _ _ _ _ _ _ _ _ _   b  Commuting (see instructions) _ _ _ _ _ _ _ _ _   c  Other _ _ _ _ _ _

45  Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . ☐ Yes   ☐ No

47 a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

  b  If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No

**Part V    Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| FUEL | 2,162. |
| DONATION | 3,005. |
| | |
| | |
| | |
| | |
| | |

FEB 1 5 2017

The expenses listed on the return are my expenses.

| | | |
|---|---|---|
| 48 | Total other expenses. Enter here and on line 27a . . . . . . . . . . . . . . | 48 | 5,167. |

Schedule C (Form 1040) 2016

1    Q.    So you're probably thinking of filing that e-file

2    document.  Do you remember Mr. Haag showing you that?

3    A.    Could be.

4    Q.    Okay.

5          MR. BLIZZARD:  So could we pull up Defendants'--

6    what's been admitted into evidence as Defendants' 43?

7    Q.    (BY MR. BLIZZARD)  And this is a copy of your tax return

8    from 2016 that's been admitted into evidence, and this is the

9    eleventh page of your return.

10         MR. BLIZZARD:  If we could scroll up to the top

11   that shows the Schedule C.

12   Q.    (BY MR. BLIZZARD)  Now, this is the Schedule C, profit or

13   loss form for business.  Has your name on it.  Right?

14   A.    Yes.

15   Q.    Do you see that?

16         And if we scroll down, it has the list of the

17   income/expenses that Mr. Haag--or Mr. Haag or Ms. Cruce-Haag

18   went over with you; I can't remember which.  It has all that

19   there.  Then you go down to the next page.  Still a part of the

20   Schedule C.  You have some other expenses listed there, fuel

21   and donations.  Do you see that?

22   A.    Yes.

23   Q.    And you see a spot there--  There's a stamp on that

24   document.  Do you see that?

25   A.    Yes.

1    Q.    That says:  February 15, 2017.  The expenses listed on

2    the return are my expenses.

3          Do you see that?

4    A.    Yes.

5    Q.    And you have a signature there.  That's your signature?

6    A.    Yes.

7    Q.    So you did look at this Schedule C, didn't you?

8    A.    Yes, briefly, I guess.

9    Q.    And so I know it's been a long time, ma'am, and I'm not

10   trying to be hard on you or anything.  Fair to say that it's

11   difficult for you, as we sit here today, to say that you didn't

12   approve these income and expenses?

13   A.    Maybe.

14   Q.    Because you signed it.  Right?

15   A.    Yes.

16   Q.    And you know signing things has meaning.  Right?  When

17   you sign a mortgage application or a rental application--

18   A.    Yes.

19   Q.    --you review it.  Right?

20   A.    Yes.

21   Q.    Okay.  And so you reviewed this document and you approved

22   it.  Right?

23   A.    Yes.

24   Q.    Okay.  And wasn't it just easier, when the government

25   came to your house and said, "We're investigating Columbia Tax

1   Service; we're investigating these guys; you're not in trouble;

2   just tell us what we want to hear," for you to just say, "They

3   made it up"?

4   A.     I guess.

5   Q.     Understandable.  Right?  A very anxious situation?

6   A.     Yes.

7               MR. BLIZZARD:  That's all I have.  Thank you.

8               THE COURT:  Mr. Eckman, any cross-examination?

9               MR. ECKMAN:  No, Your Honor.

10              THE COURT:  Okay.  Redirect?

11              MS. CRUCE-HAAG:  Yes, Your Honor.

12                          REDIRECT EXAMINATION

13  BY MS. CRUCE-HAAG:

14  Q.     In 2017, when the IRS came and interviewed you, did you

15  lie to them?

16  A.     No.

17  Q.     Did you review your income tax return with them at that

18  time?

19  A.     Yes.

20  Q.     Did you provide truthful information to them?

21  A.     Yes.

22  Q.     I think Mr. King asked you some questions about your

23  house, the size of your house and if you had a business at your

24  house.  Do you recall that line of questioning?

25  A.     Yes.

1    A.    Yeah, but I don't remember--

2    Q.    You don't remember what it was?

3    A.    Yeah.

4    Q.    Did you give them any documentation?

5    A.    No.

6    Q.    Okay.  So after you did the interview in 2017 and--you

7    went back and you had your taxes done at Columbia Tax Service

8    again.  Right?

9    A.    Yes.

10   Q.    In years 2018 and 2019?

11   A.    Yes.

12   Q.    Okay.  And so you were not worried that Columbia Tax

13   Service was committing fraud, or were you?

14   A.    No, I was not, because I had spoke to them about it, and

15   they said they had been under investigation for years.

16   Q.    And just to be clear, when they showed you your return

17   little bit earlier--I think you did testify to this, that you

18   did go over the return with your preparer?

19   A.    I'm sure we did.

20   Q.    And you were aware of the expenses they put down?

21   A.    Yes.

22   Q.    And you approved those expenses?

23   A.    Approved them?

24   Q.    Yeah, you approved them.  You signed your tax return?

25   A.    Oh, I signed it, yes.

1    Q.    Right?  And you know that when you sign a tax return,

2    that, you know, you're doing that under penalty of perjury.

3    Right?  You have to tell the truth on a tax return.  You're

4    aware of that?

5    A.    Yes, I'm aware of that.

6    Q.    All right.  Thank you.

7                MR. BLIZZARD:  Nothing further.

8                THE COURT:  Redirect?  All right.  And while you're

9    making your way to the podium, let's all stand up and stretch

10   for a second.

11           (PAUSE).

12               THE COURT:  Okay.  Be seated.

13               All right, Mr. Haag.

14               MR. HAAG:  Thank you, Your Honor.

15                        REDIRECT EXAMINATION

16   BY MR. HAAG:

17   Q.    All right.  Let's look at Government's Number 5.  And

18   this is the Schedule C that you signed.  All right.  Let's go

19   through the expenses.

20               MR. HAAG:  Let's just blow that up.

21   Q.    (BY MR. HAAG)  Now, Ms. Reyes, you testified that these

22   numbers were wrong.  Correct?

23   A.    Well, I'm not sure.  I'm not a--

24   Q.    Hold on.  Now, you just testified--

25   A.    Okay.  No.

1   Q.    --that those numbers were incorrect.  Right?

2   A.    Yes, I did testify.

3   Q.    Okay.  So all those numbers--  You did not spend $35,957

4   taking care of kids after school, did you?

5   A.    You're correct.

6   Q.    Okay.  Now, but you signed saying that was correct?

7   A.    Yes.

8   Q.    Does that mean that you were telling Columbia Tax Service

9   you spent $35,957 taking care of kids, or does it mean that

10  that was your total expenses for your family, and you thought

11  you could deduct all that if you just took care of kids?

12          MR. BLIZZARD:  Object to leading.

13          MR. KING:  Same objection.

14          THE COURT:  Overruled.

15  A.    Well, that was for my family, expenses on my family.

16  Q.    (BY MR. HAAG)  Okay.  But not expenses for taking care of

17  kids.  Right?

18  A.    Right.

19  Q.    All right.  And did you believe--  What did Columbia Tax

20  Service tell you you could deduct if you took care of kids

21  after school?

22          Did they tell you you could deduct everything?

23  A.    Yes.

24  Q.    And is that why those numbers are on there?

25  A.    Yes.

1   Q.    Is that why you signed it?

2   A.    Yes.

3              MR. HAAG:  No further questions.

4              THE COURT:  Any recross limited to the scope,

5   Mr. King?

6                      RECROSS-EXAMINATION

7   BY MR. KING:

8   Q.    Ms. Reyes, it's kind of cast to you that the items that

9   you depreciate on your Schedule C--that, did you spend that

10  money.  You don't understand the distinction between

11  depreciation and an expense where you would write out some sort

12  of check.  Correct?

13  A.    Correct.

14  Q.    All right.  Fair enough.

15             MR. KING:  Thank you.

16             THE COURT:  Mr. Eckman?

17             MR. ECKMAN:  No questions, Your Honor.

18             THE COURT:  Mr. Blizzard?

19             MR. BLIZZARD:  Briefly.

20             THE COURT:  I can't hear you.

21             MR. BLIZZARD:  Briefly, yes.

22                      RECROSS-EXAMINATION

23  BY MR. BLIZZARD:

24  Q.    Ma'am, the expenses that are listed, those are expenses

25  that you told Columbia Tax Service about.  Right?

```
 1   A.    Yes.

 2   Q.    Those are numbers you gave them?

 3   A.    I don't remember if I gave them those numbers.  I'm sure

 4   I did.

 5   Q.    Okay.  Sure you gave them those numbers.  And you gave

 6   them those numbers in response to questions by your tax

 7   preparer about the expenses you had related to your childcare

 8   business.  Right?

 9   A.    Well, it was my home.

10   Q.    Right.  But what I'm getting at is, whenever they talked

11   to you, whoever it was, you know, they would first ask you, do

12   you have any income from some source.  Right?

13   A.    Yes.

14   Q.    And you'd say, yes, I have income from keeping these

15   kids.  Right?

16   A.    Yes.

17   Q.    And then they would ask you, do you have any expenses

18   from keeping those kids.  Right?

19   A.    Yes.

20   Q.    And then you would respond with this information.  Right?

21   A.    Yes.

22   Q.    Okay.

23              MR. BLIZZARD:  Thank you.

24              THE COURT:  Mr. Haag, anything else?

25              MR. HAAG:  No, Your Honor, thank you.
```

Hugo Cesar Grande
La Tuna
Federal Correctional Institution
P.O. Box 8200
Anthony, NM 88021



SCREENED OCT 09 2024

U.S. District Clerks Office
525 Magoffin Avenue
Suite 105
El Paso TX 79901



---

**UNITED STATES POSTAL SERVICE.** | **Retail**

**G** | US POSTAGE PAID
**$5.90** | Origin: 76902
10/04/24
4879750902-01

## USPS GROUND ADVANTAGE™

0 Lb 5.70 Oz
**RDC 01**

C015

SHIP
TO:
RM 105
525 MAGOFFIN AVE
EL PASO TX 79901-2578

### USPS TRACKING® #



9500 1102 7236 4278 8054 77

